UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN BRUSCHI and GLORIA BRUSCHI

                              Plaintiffs,        **NOTICE**

      -against-                                 Civil Case No.: 1:12-CV-00838
                                                          (DNH/CFH)

KLI, INC., f/k/a KELLER LADDER, INC., and
WERNER COMPANY, a/k/a WERNER LADDER
COMPANY, a/k/a WERNER MANAGEMENT
COMPANY, a/k/a KENTUCKY LADDER
COMPANY, a/k/a WERNER EXTRUDED
PRODUCTS,

                              Defendants.

---

       **PLEASE TAKE NOTICE,** that George J. Hoffman, Jr., Esq. (511388) is no longer with O'Connor, O'Connor, Bresee, First, P.C. As such , please update your records for Brian P. Krzykowski, Esq. (301079) to be lead attorney on all notices:

                Brian P. Krzykowski (301079): E-mail: Krzykowski@oobf.com

DATED: May 31, 2013

                                                      O'CONNOR, O'CONNOR,
                                                      BRESEE & FIRST, P.C.

                                                      BY: _____
                                                      BRIAN P. KRZYKOWSKI
                                                      Bar Roll No.: 301079
                                                      *Attorneys for Defendants*
                                                      20 Corporate Woods Boulevard
                                                      Albany, NY 12211
                                                      518-465-0400
                                                      E-Mail: Krzykowski@oobf.com