UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN BRUSCHI and GLORIA BRUSCHI,

                        Plaintiffs,    **STIPULATION OF DISCONTINUANCE**

- against -

                                  Civil Action No.:1:12-CV-0838
                                          (DNH/DRH)

KLI, INC., KELLER LADDER, INC., and
WERNER COMPANY, a/k/a WERNER LADDER
COMPANY, a/k/a WERNER MANAGEMENT
COMPANY, a/k/a KENTUCKY LADDER
COMPANY, a/k/a WERNER EXTRUDED
PRODUCTS,

                        Defendants.

    The above-entitled action has been compromised and settled, there is no party who is an infant or incompetent person for whom a committee has been appointed, nor is there any person not a party who has any interest in the subject matter of this action.

    THEREFORE, it is hereby Stipulated and Agreed by and between the attorneys for the respective parties herein that the above entitled action be discontinued, with prejudice, without costs to either party against the other and that an Order to that affect may be entered without notice.

Dated: 7/19/2013

                                                TOWNE, RYAN & PARTNERS, P.C.

                                        By: _____
                                                Susan F. Bartkowski, Esq.
                                                Bar Roll No.: 505963
                                                *Attorneys for Plaintiffs*
                                                450 New Karner Road
                                                P.O. Box 15072
                                                Albany, New York 12212-5072
                                                Tel: (518)452-1800

Dated: 7/19/2013

                                                O'CONNOR, O'CONNOR, BRESEE & FIRST, P.C.

By: _____
                                                George J. Hoffman, Jr. / Brian P. Krzykowski
                                                Bar Roll No.: 511388  301079
                                                *Attorneys for Defendants*
                                                20 Corporate Woods Boulevard
                                                Albany, New York 12211
                                                Tel.: (518) 465-0400

SO ORDERED

_____
Judge David N. Hurd
United States District Judge
Northern District of New York

Dated: